| | | |
|---|---|---|
| ANDREEA IACOBETI | : | IN THE |
| | : | |
|    Plaintiff | : | UNITED STATES |
| | : | |
| vs. | : | DISTRICT COURT |
| | : | |
| GENNA LEIGH ROSE WEEKS | : | FOR THE |
| | : | |
|    Defendant | : | NORTHERN DISTRICT |
| | : | |
| | : | OF MARYLAND |
| | : | |
| | : | CASE NO: 1:23-cv-1758 |

**PRAYER FOR JURY TRIAL**

MR. CLERK:

   The Plaintiff in the above-captioned matter requests a trial by jury.

                                       */s/ William C. Hudson*
                                       William C. Hudson, Esquire
                                       Law Office of William C. Hudson
                                       Federal Bar ID# 07845
                                       9748 Stephen Decatur Highway, Suite 111
                                       Ocean City, Maryland 21842
                                       (410) 390-7745
                                       *Attorney for Plaintiff*