| | | |
|---|---|---|
| ANDREEA IACOBETI | : | IN THE |
| | : | |
|    Plaintiff | : | UNITED STATES |
| | : | |
| vs. | : | DISTRICT COURT |
| | : | |
| GENNA LEIGH ROSE WEEKS | : | FOR THE |
| | : | |
|    Defendant | : | NORTHERN DISTRICT |
| | : | |
| | : | OF MARYLAND |
| | : | |
| | : | CASE NO: 1:23-cv-1758 |

## **LINE**

MR. CLERK:

    Please file the above captioned matter, issue summons for the Defendant, and return same to counsel for service by private process.

 

*/s/ William C. Hudson*
William C. Hudson, Esquire
Law Office of William C. Hudson
Federal Bar ID# 07845
9748 Stephen Decatur Highway, Suite 111
Ocean City, Maryland 21842
(410) 390-7745
*Attorney for Plaintiff*