IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ANDREEA IACOBETI**     \*

   **Plaintiff,**

    \*

   **v.**     **Case No.** 1:23-cv-1758

    \*

**JENNA LEIGH ROSE WEEKS**

    \*

   **Defendant.**

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

■ I certify, as party/counsel in this case that **Andreea Iacobeti**
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____ :
(name of party)

_____ .
(names of affiliates)

■ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

**The Phia Group, as subrogation agency for Wellfleet Student Health Insurance** .
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____          _____
(name of member)                         (state of citizenship)

_____          _____
(name of member)                         (state of citizenship)

_____          _____
(name of member)                         (state of citizenship)

_____          _____
(name of member)                         (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

June 28, 2023
_____          _____
Date                                     Signature

                                         William C. Hudson #07845
                                         Printed name and bar number

                                         9748 Stephen Decatur Hwy, Ste 111, Ocean City, MD 21842
                                         Address

                                         wchudson@billhudsonlaw.com
                                         Email address

                                         (410)390-7745
                                         Telephone number

                                         (866) 421-9998
                                         Fax number

2