**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| ANDREEA IACOBETI<br><br>   Plaintiff,<br><br>   v.<br><br>GENNA LEIGH ROSE WEEKS<br><br>   Defendant. | Case Number:   1:23-CV-1758<br><br>**Judge:** Beth P. Gesner |

## JOINT STATUS REPORT

COMES NOW the parties, by and through their respective counsel, and submit the following Joint Status Report pursuant to this Honorable Court's July 28, 2023, letter to counsel:

1. Settlement Conference:

The parties agree that a settlement conference in this case would be most beneficial in November or December of 2023, by which time the parties and any key fact witnesses will have been deposed and Plaintiff will have submitted to a defense medical examination, if requested.

2. Discovery of Electronically Stored Information:

Plaintiff will be requesting any usage history from the cellular device of Defendant on the date of the accident and any information downloaded from the onboard data recorder on Defendant's vehicle. Likewise, Defendant will be requesting any usage history from the cellular device of Plaintiff on the date of the accident. The parties do not anticipate any other discovery as it relates to electronically stored information.

3. <u>Changes to Proposed Scheduling Order:</u>

The parties do not request any changes to the proposed Scheduling Order.

4. <u>Expert Discovery:</u>

The parties are not requesting to defer expert discovery until after summary judgment motions are resolved.

5. <u>Deposition Hours:</u>

The parties are confident that 15 hours of depositions of fact witnesses per party is sufficient in this case.

Respectfully submitted,

**BUDOW AND NOBLE, P.C.**

_____/s/_____
Anne K. Howard, Esquire, Bar No.: 04729
David H. Fleishman, Esquire, Bar No.: 30607
Twinbrook Metro Plaza
12300 Twinbrook Parkway, Suite 540
Rockville, Maryland 20852
T: (301) 654-0896
F: (301) 907-9591 facsimile
ahoward@budownoble.com
dfleishman@budownoble.com
*Counsel for Defendant,*
  *Genna Leigh Rose Weeks*


_____/s/_____
William C. Hudson, Esquire, Bar No.: 04729
(signed by David H. Fleishman with permission of William C. Hudson)
Law Office of William C. Hudson
9748 Stephen Decatur Highway, Suite 111
Ocean City, Maryland 21842
(410) 390-7745
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of August, 2023, the foregoing Joint Status Report was e-filed and e-served to the following:

William C. Hudson, Esquire
Law Office of William C. Hudson
9748 Stephen Decatur Highway, Suite 111
Ocean City, Maryland 21842
*Attorney for Plaintiff,*
  *Andreea Iacobeti*

_____/s/_____
Anne K. Howard, Esquire, Bar No.: 04729
David H. Fleishman, Esquire, Bar No.: 30607