**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| ANDREEA IACOBETI<br><br>Plaintiff,<br><br>v.<br><br>GENNA LEIGH ROSE WEEKS<br><br>Defendant. | Case Number:   1:23-CV-1758<br><br>**Judge:** Adam B. Abelson |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant, Genna Weeks, by and through her attorneys, Anne K. Howard, Esquire and David Fleishman, Esquire, pursuant to Federal Rule of Civil Procedure 56, and hereby moves this Honorable Court for summary judgment in her favor. In support thereof, and pursuant to Local Rule 105, Defendant submits the attached Memorandum of Points and Authorities.

WHEREFORE, there being no material facts in dispute and Defendant being entitled to judgment as a matter of law, Defendant respectfully requests that this Motion be granted.

Respectfully submitted,

**BUDOW AND NOBLE, P.C.**
_/s/_
Anne K. Howard, Esquire, Bar No.: 04729
David H. Fleishman, Esquire, Bar  No.: 30607
Twinbrook Metro Plaza
12300 Twinbrook Parkway, Suite 540
Rockville, Maryland 20852
T: (301) 654-0896
F: (301) 907-9591 facsimile
ahoward@budownoble.com
dfleishman@budownoble.com
*Counsel for Defendant, Genna Weeks*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January, 2024, the foregoing Motion for Summary Judgment was filed and served via the Court's CM/ECF system on:

William C. Hudson, Esquire
Law Office of William C. Hudson
9748 Stephen Decatur Highway, Suite 111
Ocean City, Maryland 21842
*Attorney for Plaintiff,*
*Andreea Iacobeti*

_____/s/_____
Anne K. Howard, Esquire, Bar No.: 04729
David H. Fleishman, Esquire, Bar No.: 30607
*Counsel for Defendant, Genna Weeks*