**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| ANDREEA IACOBETI<br><br>Plaintiff,<br><br>v.<br><br>GENNA LEIGH ROSE WEEKS<br><br>Defendant. | Case Number:   1:23-CV-1758<br><br>**Judge:** Adam B. Abelson |

**EXHIBIT INDEX -
MEMORANDUM IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

| EXHIBIT | DESCRIPTION |
|:---:|:---:|
| A | *Beegle Deposition Exhibit 1, Overview of Intersection* |
| B | *Police Report* |
| C | *Excerpts from Defendant Genna Weeks' deposition testimony* |
| D | *Excerpts from witness Charles Beegle's deposition testimony* |
| E | *Excerpts from Plaintiff's deposition testimony* |
| F | CCTV Video |

Respectfully submitted,

**BUDOW AND NOBLE, P.C.**

_____/s/_____
Anne K. Howard, Esquire, Bar No.: 04729
David H. Fleishman, Esquire, Bar  No.: 30607
Twinbrook Metro Plaza
12300 Twinbrook Parkway, Suite 540
Rockville, Maryland 20852
T: (301) 654-0896
F: (301) 907-9591 facsimile
ahoward@budownoble.com
dfleishman@budownoble.com
*Counsel for Defendant, Genna Weeks*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of January, 2024, the foregoing Exhibit Index was e-filed and e-served to the following:

William C. Hudson, Esquire
Law Office of William C. Hudson
9748 Stephen Decatur Highway, Suite 111
Ocean City, Maryland 21842
*Attorney for Plaintiff, Andreea Iacobeti*

_____/s/_____
Anne K. Howard, Esquire, Bar No.: 04729
David H. Fleishman, Esquire, Bar  No.: 30607
*Counsel for Defendant, Genna Weeks*