| Report Number: **CTX30500C9** | State of Maryland Motor Vehicle Crash Report | Reporting Agency: **OCEAN CITY POLICE DEPARTMENT** |
|---|---|---|

### Case Information:
- Report Type: **Injury Crash**
- Local Case No.: ███████
- Investigating Officer: **PFC C. Goggins - X305**
- County: **Worcester**
- Local Codes: **114**
- Municipality: **N/A**
- Crash Date: **7/26/2022**
- Crash Time: **12:13 PM**
- ☐ Photos Taken

### Location:
- GPS X-Coordinates: **-75.07936116906119**
- Main Road: **PHILADELPHIA AVE**
- Intersecting Road: **17TH ST**
- Mile Point: **7.44**
- Mile Point Direction: **S**
- GPS Y-Coordinates: **38.34719461201564**
- Route #: **MD528**
- Intersecting Route #: **MU9105**
- Distance: **0 F**
- Distance Direction: **S**

### Accident Diagram:



### Narrative:
UNIT 1 WAS TRAVELING SOUTH ON PHILADELPHIA IN LANE 2 APPROACHING 17TH ST. THE TRAFFIC LIGHT AT 17TH ST WAS NOT FUNCTIONING PROPERLY. NORTH AND SOUTHBOUND LANES WERE FLASHING YELLOW, EAST AND WESTBOUND WERE FLASHING RED. PEDESTRIAN SIGNAL WAS NOT FUNCTIONING AT ALL. PEDESTRIAN AND BICYCLIST WERE CROSSING WESTBOUND IN THE NORTH CROSSWALK. WITNESS STATES THAT PEDESTRIAN WAS ACTIVELY LOOKING DOWN AT HER PHONE AS SHE CROSSED. VEHICLES IN THE SOUTHBOUND TURN LANE AND LANE 1 STOPPED. PEDESTRIAN AND BICYCLIST STEPPED OUT INTO LANE 2 DIRECTLY IN FRONT OF UNIT 1, WHO DID NOT HAVE TIME TO STOP PRIOR TO THE COLLISION. UNIT 1 STRUCK THE BACK TIRE OF THE BICYCLE, AND STRUCK THE PEDESTRIAN.

### Crash Type:
- Collision Type: **Other**
- Harmful Event One: **Pedestrian**
- Fixed Object Struck: **N/A**
- Const./Maint. Zone: **No**
- Workers Present:
- Harmful Event Two: **Bicycle**
- School Bus Involved: **Not Involved**
- Const./Maint. Loc.:
- Const./Maint. Closure:

### Road/Area:
- Lane No.: **2**
- No. of Lanes: **4**
- Rd. Division: **Two-Way, Divided, Positive Median Barrier**
- Intersection: **Four-Way Intersection**
- Junction: **Intersection**
- Lane Dir.: **S**
- Rd. Alignment: **Straight**
- Traffic Control: **Flashing Traffic Signal**
- Inter. Area: **N/A**
- Lane Type:
- Rd. Grade: **Level**
- TC Functioning: **No**

### Conditions:
- Road Condition: **No Defects**
- Weather: **Cloudy**
- Surface Condition: **Dry**
- Contrib - Road: **Traffic Control Device Inoperative**
- Contrib - Environment: **N/A**
- Light: **Daylight**

**EXHIBIT B**

## Vehicle 1 (6DT3234):

### Basic Information

Registration: **6DT3234**     Tag State: **MD**     Exp Year: **2023**     VIN #: **1C4RDJEG3KC807038**
Year: **2019**     Make: **DODGE**     Model: **DURANGO**     Body Type: **Sport Utility Vehicle**
Insurer: **STATE FARM**     Policy #: **400460620**
Towed Vehicle: **N/A**

### At Fault/Citation(s)

At Fault: **No**     Citation Issued: **No**     Citation Code:

### Owner

First: **GENNA**     Middle: **LEIGH ROSE**     Last: **WEEKS**
Street: **10624 GRIFFIN RD**     Home Phone: **(484) 643-6238**
City: **BERLIN**     State: **MD**     Zip: **21811**     Other Phone:

### Driver:

DL#: **W200275744542**     DL State: **MD**     DL Class: **C**     CDL: **No**
First: **GENNA**     Middle: **LEIGH ROSE**     Last: **WEEKS**
Street: **10624 GRIFFIN RD**
City: **BERLIN**     State: **MD**     Zip: **21811**     Home Phone: **(484) 643-6238**
DOB: **7/8/1994**     Sex: **F**     Other Phone:

Safety Equip.: **Shoulder/Lap Belt(S)**     Equip. Problem: **No Misuse**     Airbag Deployed: **Not Deployed**

Alch. Test Given: **N/A**     Alch. Test Type:     BAC:
Substance Use: **None Detected**     Drug Test Given: **N/A**     Drug Test Result:

Condition: **Apparently Normal**     Ejected: **Not Ejected/Trapped**
Injury Severity: **No Apparent Injury**     EMS Unit:     EMS Run Number:

### Impact & Damage

First Impact: **Twelve Oclock**     Areas Damaged: **Twelve Oclock**
Main Impact: **Twelve Oclock**
Most Harmful Event: **Pedestrian**
Damage Extent: **Superficial**     Fire: **No**

### Circumstances

Going Direction: **S**     Continuing Direction: **S**     Vehicle Movement: **Moving Constant Speed**     Speed Limit:
Left Scene: **No**     Driverless Vehicle: **No**     Emergency Vehicle: **No**     **35**
Special Function: **N/A**

Contrib. Circumstances Person: **N/A**
Driver Distracted By: **Distracted By Outside Person Object Or Event**     Contrib. Circumstances Vehicle: **N/A**

Sequence of Events: **Struck Non-Motorist, Struck Non-Motorist**

### Towing

Towed: **No**     Removed By:     Removed To:

### END - Vehicle 1 (6DT3234)

### Non-Motorist YILDIRAL ELIF:

| | | |
|---|---|---|
| DL#: | DL State: | DL Class: |
| First: **ELIF** | Middle: **NUR** | Last: **YILDIRAL** |
| Street: **500 S PHILADELPHIA AVE** | | |
| City: **OCEAN CITY** | State: **MD**  Zip: **21842** | Home Phone: **(443) 856-5815** |
| DOB: **03/02/2000** | Sex: **F** | Other Phone: |

Citation Issued: **No**    Citation Code:

| | | |
|---|---|---|
| Type: **Bicyclist** | Condition: **Apparently Normal** | At Fault: **Yes** |
| Safety Equip.: **None** | Injury Severity: **No Apparent Injury** | |
| EMS Unit: | EMS Run Number: | |

| | | |
|---|---|---|
| Alch. Test Given: **N/A** | Alch. Test Type: | BAC: |
| Substance Use: **None Detected** | Drug Test Given: **N/A** | Drug Test Result: |

Unit (Vehicle) Number that Struck: **1**    Movement: **Cross/Enter At Intersection**
Location: **On Roadway At Crosswalk**    Visibility: **Mixed Clothing**
Obey Traffic Signal: **Ped. Signal Malfunction**    Actions: **Failure To Yield Right Of Way**

### Non-Motorist IACOBETI ANDREA:

| | | |
|---|---|---|
| DL#: | DL State: | DL Class: |
| First: **ANDREA** | Middle: | Last: **IACOBETI** |
| Street: **10013 BONITA DR** | | |
| City: **OCEAN CITY** | State: **MD**  Zip: **21842** | Home Phone: **(443) 669-7766** |
| DOB: **06/10/2002** | Sex: **F** | Other Phone: |

Citation Issued: **No**    Citation Code:

| | | |
|---|---|---|
| Type: **Pedestrian** | Condition: **Apparently Normal** | At Fault: **Yes** |
| Safety Equip.: **None** | Injury Severity: **Suspected Minor Injury** | |
| EMS Unit: **A** | EMS Run Number: **22-03714** | |

| | | |
|---|---|---|
| Alch. Test Given: **N/A** | Alch. Test Type: | BAC: |
| Substance Use: **None Detected** | Drug Test Given: **N/A** | Drug Test Result: |

Unit (Vehicle) Number that Struck: **1**    Movement: **Cross/Enter At Intersection**
Location: **On Roadway At Crosswalk**    Visibility: **Mixed Clothing**
Obey Traffic Signal: **Ped. Signal Malfunction**    Actions: **Inattentive**

| Witness (BEEGLE, CHARLES): | | |
|---|---|---|
| First: **CHARLES** | Middle: **M** | Last: **BEEGLE** |
| Street: **1567 VETERANS MEMORIAL HWY** | | |
| City: **ALTOONA** | State: **Pa** | Zip: **16601** |
| Home Phone: **(814) 330-2794** | Other Phone: | |

| EMS Unit A (OCEAN CITY EMS): | |
|---|---|
| EMS Type: **Ground Transport** | Taken to: **TIDAL HEALTH** |