## Page 1

```
         IN THE UNITED STATES COURT
         FOR THE DISTRICT OF MARYLAND
               NORTHERN DIVISION
---------------------------:
ANDREEA IACOBETI,          :
      Plaintiff,           :
                           :
   v.                      :  Case No.:
                           :  1:23-CV-1758
GENNA LEIGH ROSE WEEKS,    :
      Defendant.           :
---------------------------:

       Mobile Videoconference Deposition of
                  CHARLES BEEGLE
                Conducted Virtually
              Friday, October 27, 2023
                    3:15 p.m.


Job No.: 511219
Pages 1 through 78
Reported by: Peggy L. Dingle
```

## Page 2

```
           Mobile videoconference deposition of
CHARLES BEEGLE, conducted virtually:




            Pursuant to agreement, before Peggy L.
Dingle, E-Notary Public of the State of Maryland.
```

## Page 3

```
              A P P E A R A N C E S
ON BEHALF OF PLAINTIFF:
     WILLIAM C. HUDSON, ESQUIRE
     Law Office of William C. Hudson
     9748 Stephen Decatur Highway
     Suite 111
     Ocean City, Maryland  21842
     (410)390-7745



ON BEHALF OF DEFENDANT:
     DAVID H. FLEISHMAN, ESQUIRE
     Budow and Noble, P.C.
     Twinbrook Metro Plaza
     12300 Twinbrook Parkway
     Suite 540
     Rockville, Maryland  20852
     (301)654-0896
```

## Page 4

```
                  C O N T E N T S
EXAMINATION OF CHARLES BEEGLE            PAGE
    By Mr. Fleishman                       5
    By Mr. Hudson                         39
    By Mr. Fleishman                      69
    By Mr. Hudson                         73




                  E X H I B I T S
              (Retained by Counsel)
BEEGLE DEPOSITION EXHIBIT                PAGE
   1   Photograph                         17
   2   Photograph                         22
```

EXHIBIT D

17
1  that's where we stayed.
2     Q    And this is going -- I am going to
3  mark this as Beegle Exhibit 1.
4     A    Yes.
5          (Beegle Deposition Exhibit 1 was
6  marked for identification, not attached to the
7  transcript and retained by counsel.)
8  BY MR. FLEISHMAN:
9     Q    And you will see there is a red kind
10 of dot here.  The Quality --
11    A    Uhm-hum.
12    Q    Is that the Quality Inn you are
13 referring to?
14    A    Yes, it is.
15    Q    Okay.  And then this is 17th Street
16 here?
17    A    Yup.
18    Q    Okay.  So then starting at the Quality
19 Inn tell me just --
20    A    Okay.  So I am going to go from the
21 top of the screen as being north.  I don't know
22 if that's north or not.

18
1     Q    Well, let's do this.  So for purposes
2  of your explanation let's say going up towards
3  the screen is north --
4     A    Yes.
5     Q    -- going down towards the screen is
6  south.
7     A    Yes.
8     Q    And we will say going to the left is
9  west and to the right is east.
10    A    Perfect.
11    Q    Okay.
12    A    Okay.  You want me to start?
13    Q    Yep.
14    A    Okay.  So we come out of the hotel and
15 we walk north on Baltimore up to 17th Street.
16 And then we went west down 17th Street towards
17 Philadelphia Ave.  And whenever we got to the
18 first set of dashed lines -- can you move your
19 hand so I -- yeah, move it over to the left.
20 Over.  Over.  Over.  Right -- nope.  Down.  To
21 the left a little bit.  Yeah, right there.
22         So we walked to right there and that's

19
1  where my son and I had crossed.  Okay?  We were
2  walking over to the CVS to get a case of water.
3  Whenever we got to where your hand is now we
4  noticed that the lights were not working.  They
5  were all just flashing.
6          So my son and I, we started crossing,
7  when the traffic was clear, to the middle.  So we
8  started to venture to the middle and then we
9  stopped again.  Whenever we stopped in the middle
10 we noticed that the younger lady was above us at
11 the next set of lines up and she was crossing and
12 she was looking down at her phone and she had her
13 earbuds in and she was not paying attention.
14         And whenever she made it to the
15 center, she walked out.  There was a car stopped
16 in the turning lane on Philadelphia Ave going
17 south.  She walked in front of it and whenever
18 she crossed over in front of that parked car
19 that's when she got hit.  And my son and I saw --
20 saw her get hit.
21         And then --
22    Q    Okay.  Oh, I am sorry.  Keep going.

20
1     A    And then me and my son -- my son and I
2  stared for a second.  And I told him, Don't look,
3  and we crossed over and went in the CVS.
4     Q    Okay.  So that was -- I am just going
5  to walk through kind of piece by piece, if that's
6  okay, to confirm some things.
7     A    Yeah.
8     Q    All right.  So looking at Beegle
9  Exhibit 1, you walk out of the Quality Inn, you
10 walk north on Baltimore Avenue up to 17th Street,
11 correct?
12    A    Correct.
13    Q    And then you walk west on 17th Street
14 to the intersection of Philadelphia Avenue and
15 17th Street?
16    A    That is correct.
17    Q    And the -- the young lady who you are
18 referring to is the person you saw get hit?
19    A    Yes.
20    Q    Okay.  Had you seen her previously?
21    A    Yes.  I -- now I am just -- you said
22 don't speculate but I am almost a hundred percent

21
1  sure she was the worker in the Quality Inn that
2  rode down in the elevator with us.
3      Q     Okay. And so did you walk over --
4  were you all walking together? Did you walk
5  separately?
6      A     We walked separately. I think she
7  crossed above us at Baltimore and 17th Street. I
8  think she went up one -- to the next set of
9  crosswalks and crossed over but I am not sure how
10 she -- how she crossed.
11     Q     Okay. But you recognized her from
12 working at the Quality Inn?
13     A     Yes, riding down in the elevator with
14 us.
15     Q     And while you were in the elevator
16 with her did you notice anything? Was she -- you
17 mentioned headphones. Was she wearing headphones
18 at that time?
19     A     Yeah, she had her earbuds in in the
20 elevator, yes.
21     Q     And do you remember what kind of
22 headphones?

22
1      A     They looked like Apple Airpods. They
2  were the wireless ones.
3      Q     And do you know if she was listening
4  to anything?
5      A     That I don't know. I couldn't hear
6  anything.
7      Q     All right. So I am going to now
8  switch to what I am going to mark as Beegle
9  Exhibit 2.
10         (Beegle Exhibit Number 2 was marked
11 for identification, not attached to the
12 transcript and retained by counsel.)
13 BY MR. FLEISHMAN:
14     Q     And can you see my screen?
15     A     Yes.
16     Q     All right. And would you agree with
17 me that this is an overview just of the
18 intersection where this incident occurred?
19     A     Yup.
20     Q     All right. And so you had indicated
21 in the -- I am sorry. This is Beegle Exhibit 2
22 if I didn't say that.

23
1          The -- there is two crosswalks: One
2  at Philadelphia -- one at north Philadelphia
3  Avenue and 17th and one south at Philadelphia
4  Avenue and 17th Street. Do you see those?
5      A     Yes.
6      Q     Okay. And if you look to the left of
7  this photo you will see it says CVS Pharmacy over
8  here?
9      A     Yup.
10     Q     Is that the CVS that you were going
11 to?
12     A     Yes.
13     Q     Okay. And you are on 17th Street.
14 Before you crossed the -- before you crossed
15 Philadelphia Ave you are at the southern
16 crosswalk; is that correct?
17     A     That is correct.
18     Q     All right. And where was the
19 pedestrian, the female that you saw?
20     A     When -- before we crossed?
21     Q     Before you crossed?
22     A     That I am not sure.

24
1      Q     All right.
2      A     I wasn't paying any attention to her.
3  The only time I noticed her was whenever we made
4  it to the center and we looked north for oncoming
5  traffic and that's when I noticed her walking.
6      Q     All right. So you crossed halfway
7  through the intersection, the southern
8  intersection?
9      A     That is correct.
10     Q     And you are at the median area?
11     A     Yeah.
12     Q     And that's the first time that you saw
13 her?
14     A     Yes.
15     Q     And --
16     A     Because we were actually looking north
17 for -- for oncoming cars before we could cross.
18     Q     Okay.
19     A     Because whenever I was looking north I
20 saw her still continuing to walk.
21     Q     Where was she the first -- where was
22 she in the northern crosswalk the first time you

25

1  saw her?
2     A     I would say probably in front of that
3  white car on the northbound side. See where that
4  car is?
5     Q     Yeah, the white car with the -- what
6  looks like a black top?
7     A     Yes.
8     Q     And --
9     A     That's when I would have first noticed
10 her.
11    Q     And then tell me -- you are looking at
12 her. Tell me what you see happen to her from
13 there?
14    A     Okay. So we are standing at the -- at
15 the median there and we are looking at traffic
16 coming north. And I see her and she has her head
17 down and her phone, not paying attention.
18          Like I said, all the lights were
19 flashing because they weren't -- they were not
20 working. And I kept watching her and looking at
21 traffic. And there was a car in that turning
22 lane beside that white car on the other side. It

26

1  was stopped and she continued to walk straight
2  without stopping, looking or anything.
3     Q     Did -- so she walked past the median
4  without stopping at the median?
5     A     Correct.
6     Q     Okay. Did she slow down at all?
7     A     No.
8     Q     There is -- going south on
9  Philadelphia Avenue there is a right turn lane,
10 you would agree?
11    A     Yep.
12    Q     There are three lanes going straight?
13    A     Correct.
14    Q     And then there is a left turn lane?
15    A     Right.
16    Q     The car that you saw going south that
17 you said was parked, where was that car?
18    A     Right where your cursor is. It was
19 stopped right there in that turning lane.
20    Q     Okay. And did you happen to see the
21 car -- so the car that was involved in the
22 incident, where -- do you know what lane that car

27

1  was in?
2     A     Right beside the turning lane.
3     Q     In this --
4     A     Right --
5     Q     -- this lane?
6     A     Yup, yup.
7     Q     When is the first time that you saw
8  that car?
9     A     Right about as she was in the middle
10 of the stopped car in the turning lane is when I
11 noticed the other car.
12    Q     When the pedestrian?
13    A     Yeah. So that car in the -- that was
14 stopped in the turning lane, when the pedestrian
15 was, like, dead center in front of that is when I
16 noticed that car coming down in the other lane.
17    Q     When the -- okay. When the pedestrian
18 was dead center of the car that was stopped in
19 the left lane?
20    A     Correct. That's when I noticed the
21 other car.
22    Q     All right. And did you notice the

28

1  speed of the other car?
2     A     I -- I can't honestly say.
3     Q     Did it appear to be going fast?
4     A     No. It didn't appear to be going --
5  it -- in my honest opinion, it appeared that it
6  was going the speed limit. I seen some of those
7  cars go up through there and they are flying.
8  And I -- I honestly 100 percent don't think that
9  car was speeding at all. But that's just --
10    Q     Okay.
11    A     I -- I can't -- I can't judge that,
12 you know.
13    Q     Sure, sure. The lights you said that
14 were not working were -- what lights are you
15 referring to?
16    A     All of them. They were all flashing.
17 The ones going northbound, southbound, eastbound,
18 westbound.
19    Q     And you are referring to the traffic
20 lights?
21    A     Yes.
22    Q     Were the -- were the actual pedestrian

29

1  signals were those working at all?
2  A   I can't remember. I don't remember
3  those.
4  Q   Okay. You don't remember whether they
5  were working or were not working?
6  A   Right.
7  Q   After -- the car that was in the left
8  lane that was stopped --
9  A   Okay.
10 Q   -- did it appear that car stopped so
11 that the pedestrian could go or was it already
12 stopped there and she just walked in front of it?
13 A   I think it was already stopped there.
14 Q   Okay. Were there any other cars that
15 you saw coming southbound on Philadelphia Avenue
16 while you were waiting at the median with your
17 son?
18 A   Yes, I do remember another car that
19 was beside the other turning lane coming down
20 through. That's the only other car I remember.
21 Q   And do you mean in the right turning
22 lane or do you mean the -- the straight lane

30

1  that's next --
2  A   That lane right there.
3  Q   All right. So that would be the --
4  the straight lane next to the right turning lane?
5  A   That is correct.
6  Q   And that vehicle passed through the
7  intersection? What did that vehicle do?
8  A   Yeah, it went complete -- it went
9  straight through the intersection.
10 Q   Was that before or after the --
11 A   It was almost like simu --
12 simultaneously.
13 Q   Okay. And other than that car and the
14 car involved in the incident and the car that was
15 stopped in the left turn lane, did you observe
16 any other cars coming southbound?
17 A   I did not. Not that I can remember.
18 Q   And are you -- approximately how far
19 are you standing at that median on the southern
20 crosswalk from the northern crosswalk where the
21 accident happened?
22 A   So I was -- I was standing right at

31

1  the edge of the median.
2  Q   And obviously Google Maps is tough to
3  tell. If you were to estimate feet, how far from
4  seeing the accident were you?
5  A   Oh, I would say 100 -- 150 feet,
6  maybe, if that. Probably a hundred.
7  Q   Okay. Is there anything that was
8  obstructing your vision of seeing what happened,
9  other than just the space between the
10 intersection?
11 A   Nope. I saw it plain as day.
12 Q   At any point -- I guess I kind of
13 asked this but at any point while the pedestrian
14 was crossing the street did she -- did you see
15 her look up?
16 A   No. I don't even think she saw that
17 car coming.
18 Q   Okay. At any point did you see her
19 slow down?
20 A   Are you talking the pedestrian?
21 Q   The pedestrian, yeah.
22 A   No, I don't think she slowed down at

32

1  all.
2  Q   All right. At any --
3  A   She was looking down and just walking
4  her normal stride.
5  Q   At any point and I know this sounds
6  repetitive but I just want it to be kind of
7  clear. At any point did you see her look to her
8  right?
9  A   I did not.
10 Q   Okay. At any point did you see her
11 look to her left?
12 A   I did not.
13 Q   After you came back out of the CVS
14 what happened?
15 A   So after we come out of the CVS I had
16 my case of water and we walked over to where that
17 first tree is on the sidewalk. And I believe
18 there was a police officer standing there and I
19 told him, I saw the whole thing. And he asked me
20 for what I saw and he wrote everything down.
21 Q   All right. So you told the police
22 officers what you recalled happening?

**41**

1  A   I believe so, yes.
2  Q   Okay. And the conversation that you
3  had with her, did it -- was -- was -- was it just
4  momentary or was it a conversation that lasted
5  the duration of the ride down?
6  A   No, it was just a momentary. I -- I
7  think I asked her if she was on lunch break or
8  something.
9  Q   Do you recall what her response was?
10  A   I think she said, Yes, I am going to
11 lunch, and that was all, the only conversation we
12 had.
13  Q   Okay. Did you -- did -- did all three
14 of you get off at the same floor?
15  A   Yes.
16  Q   Did you get on the elevator on the
17 same floor?
18  A   Yes.
19  Q   Okay. Do you have any idea what work
20 she was doing before taking that break?
21  A   I think she -- I know you said don't
22 think but I am pretty sure she was a housekeeper.

**42**

1  Q   Okay. Was she wearing any type of
2  uniform that suggested that to you?
3  A   Yes, and she had a -- had a Quality
4  Inn badge with her name and I can't remember what
5  her name was.
6  Q   Okay. And -- and I -- what -- what
7  floor did you exit the elevator on?
8  A   The first floor.
9  Q   Okay. And is that the ground level?
10  A   Yeah.
11  Q   And did the three of you exit the
12 hotel together or did she go elsewhere such that
13 you didn't exit together?
14  A   I know we got off at the same floor on
15 the ground level but after that I am not sure
16 which way she went.
17  Q   Okay. Did she appear to be in any
18 hurry?
19  A   I don't want to speculate. You said
20 don't speculate but I know you don't get very
21 long for lunch. So I am sure she was in a hurry
22 to go do whatever she was doing and get back.

**43**

1  Q   Did -- did she say anything to you
2  that gave you an indication one way or the other
3  as to whether she was in a hurry?
4  A   No, she didn't.
5  Q   Did -- did anything in her demeanor,
6  her -- her manner of walking, you know, brisk
7  walk versus a casual, leisurely walk, was there
8  anything in her demeanor that suggested one way
9  or the other to you?
10  A   No.
11  Q   Okay.
12  A   To be honest, I didn't pay attention
13 that well to her.
14  Q   Okay. Fair enough. Now, I believe
15 you indicated in your earlier testimony that the
16 next time you took note of her you and your son
17 were already standing in the center median
18 looking north for approaching southbound traffic
19 and that's when you again saw her as she was in
20 the process of crossing westbound on the north
21 side of the intersection; is that correct?
22  A   That's correct, yes.

**44**

1  Q   And I take it -- I take it that means
2  you didn't see her at any time between those two
3  points in time; is that right?
4  A   That is correct. The only time I saw
5  her was when she was about in front of that white
6  car in the picture right now.
7  Q   Okay. And from the time you saw her,
8  as you described, in front of the white car in
9  the picture to the point she was struck are you
10 able to estimate how much time elapsed?
11  A   From the time I saw her until the time
12 she got struck?
13  Q   Yes.
14  A   Oh, I would say maybe 30 seconds. It
15 wasn't long.
16  Q   Okay. Thirty seconds?
17  A   (The witness nodded his head.)
18  Q   Okay. When you saw her was she -- was
19 she the only one crossing or were there others
20 crossing as well?
21  A   There were people crossing behind her.
22 They were behind her. So she was ahead of them.

77
1  after our settlement conference.  I have got a
2  very cost-conscious client.
3         COURT REPORTER:  Got it.  Understood
4         MR. FLEISHMAN:  And I think we have a
5  standard order.
6         COURT REPORTER:  Sounds good.
7         (Signature having been waived, the
8  deposition of CHARLES BEEGLE was concluded at
9  4:30 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22

78
1  CERTIFICATE OF SHORTHAND REPORTER/E-NOTARY PUBLIC
2         I, PEGGY L. DINGLE, the officer before
3  whom the foregoing proceedings were taken, do
4  hereby certify the foregoing transcript is a true
5  and correct record of the proceedings; that said
6  proceedings were recorded by me stenographically
7  and thereafter reduced to typewriting under my
8  supervision; and that I am neither counsel for,
9  related to, nor employed by any of the parties in
10  the foregoing proceeding and caption named and
11  have no interest, financial or otherwise, in the
12  outcome of the cause named in said caption.
13         IN WITNESS WHEREOF, I have hereunto set
14  my hand and affixed my seal this 9th day of
15  November 2023.
16
17  My commission expires:
18  August 1, 2026
19
20  *[signature: Peggy L. Dingle]*
21  _____
    E-NOTARY PUBLIC IN AND FOR
22  THE STATE OF MARYLAND