## Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF MARYLAND
 3                  NORTHERN DIVISION
 4  ------------------------x
 5  ANDREEA IACOBETI,       :
 6      Plaintiff,          :
 7   vs.                    :  Case No.: 1:23-CV-1758
 8  GENNA LEIGH ROSE WEEKS, :
 9      Defendant.          :
10  ------------------------x
11
12         Deposition of ANDREEA IACOBETI
13              Ocean City, Maryland
14           Thursday, September 21, 2023
15                   11:53 a.m.
16
17
18
19
20  Job No.: 506649
21  Pages: 1 - 71
22  Recorded By: Clinton Carmichael
```

## Page 2

```
 1       Deposition of ANDREEA IACOBETI,
 2  held at the offices of:
 3
 4
 5        THE LAW OFFICE OF WILLIAM C. HUDSON
 6        9748 Stephen Decatur Highway, Suite 111
 7        Ocean City, Maryland 21842
 8        410.957.3465
 9
10
11
12
13      Pursuant to Notice, before Clinton Carmichael,
14  Notary Public in and for the State of Maryland.
```

## Page 3

```
 1              A P P E A R A N C E S
 2
 3  ON BEHALF OF THE DEFENDANT:
 4        ANNE KELLEY HOWARD, ESQUIRE
 5        BUDOW AND NOBLE, PC (ROCKVILLE)
 6        Twinbrook Metro Plaza
 7        12300 Twinbrook Parkway, Suite 540
 8        Rockville, Maryland 20852
 9        301.654.0896
10
11  ON BEHALF OF THE PLAINTIFF:
12        WILLIAM C. HUDSON, ESQUIRE
13        THE LAW OFFICE OF WILLIAM C. HUDSON
14        9748 Stephen Decatur Highway, Suite 111
15        Ocean City, Maryland 21842
16        410.957.3465
```

## Page 4

```
 1              C O N T E N T S
 2  EXAMINATION OF ANDREEA IACOBETI         PAGE
 3     By Ms. Howard                          5
 4
 5
 6              E X H I B I T S
 7            (None marked.)
```

EXHIBIT E

17
1  are these friends that you met here?
2     A   No, my friends from Romania.
3     Q   Oh, I see.
4     A   Yeah.
5     Q   All right.  Now, do you -- you do
6  recall being in an accident on July 26th of '22;
7  is that right?  Do I have it right?  Do you recall
8  being in an accident last Summer in Ocean City?
9     A   Yes.
10    Q   All right.  And the police report says
11 it happened on July 26th, 2022; does that sound
12 about right?
13    A   Yes.
14    Q   And also, the police report says the
15 accident happened around 12:13 p.m., so just after
16 noon, 15 minutes after noon; does that sound about
17 right?
18    A   Yes.
19    Q   Okay.  Do you remember the accident?
20    A   No, I don't remember.
21    Q   Okay.  What is the last -- do you
22 remember anything about that date?

18
1     A   Yeah, so in the morning I told my
2  manager that I want to pay my rent in my break --
3  in my break lunch.  And I think -- so my last
4  remember is that I was in the park of the hotel
5  and then I wake up in the ambulance.
6     Q   Okay.
7     A   That's it, all I remember from that day.
8     Q   All right.  So did you say that you
9  told your manager, I guess that's at Quality Inn --
10    A   Uh-huh.
11    Q   -- that you wanted to, during your
12 lunch break, run an errand to pay your rent?
13    A   Yes.
14    Q   So if you had been able to do that,
15 what would you have done?  And say there's no
16 accident, what -- what would you -- would've --
17    A   Yes.  So I wanted to go on the 17th
18 Street to United office to pay my rent and then to
19 go back to work, because I didn't finish my rooms
20 in that day.
21    Q   All right.  So your normal shift you
22 said was 9:00 to 3:00 in the height of the Summer?

19
1     A   Yes.
2     Q   Okay.  And would you expect to have
3  worked until 3:00, or is it as soon as you're
4  finished with your rooms you're allowed to leave?
5     A   Yeah.  When you finish with your rooms,
6  you can leave.
7     Q   Do you still get paid until 3:00?
8     A   I don't remember.
9     Q   You -- okay.  Well, what about now?  If
10 you finish early, do you get paid for the full day?
11    A   No.
12    Q   Oh, I see.  Okay.
13    A   You clock -- when you clock out, the
14 hours you get, you're paid for that.
15    Q   Okay.  So slowly, where were you going
16 to pay your rent?  I know it's -- I know you said
17 it was on 17th Street, but where would it -- where
18 was it?
19    A   So it's next to the church.  I don't
20 know the name of the church, but it's United
21 office.
22    Q   United?

20
1     A   United.  Yeah.
2     Q   And that -- that's your landlord, I
3  guess?
4     A   It was last year.
5     Q   Okay.
6     A   I mean, so United office, it was my
7  sponsor, and they help us.  They -- they help the
8  J-1 students with the rent and maybe some, I don't
9  know, things.  So yeah, there it was where I
10 needed to pay my rent.
11    Q   Okay.  Do you happen to remember
12 anything about what -- what the weather was like
13 that day?
14    A   No.
15    Q   Do you remember coming from, I guess at
16 that time you were living at Bonita, and you
17 would've left your home and come to work that
18 morning?
19    A   No.
20    Q   How did you get to work that morning?
21    A   I -- I think it was like every day on
22 my bike, but I -- I don't remember that day.  I

**Page 37**

1  Messenger, Facebook, Instagram, and everything.
2     Q    Uh-huh.  Have -- has anyone, any of
3  your friends or family told you that they were
4  talk -- that you were talking to them at the time
5  of the accident?
6     A    No.
7     Q    Have you ever looked at any of the
8  detail on your Messenger account to see if you
9  were texting or IMing anyone at the time of the
10 accident?
11    A    No.
12    Q    You haven't looked one way or the
13 other?  You just haven't checked?
14    A    No.
15    Q    Okay.
16    A    I didn't check.
17    Q    So did you tell me that you have seen a
18 police report from the accident?
19    A    The police report, yes.
20    Q    Okay.  In the police report, it has a
21 sentence that says witness states that pedestrian
22 was actively looking down at her phone as she

**Page 38**

1  crossed.
2         Are you able to corroborate that you
3  were looking at your phone as you were crossing
4  the street?
5     A    I don't remember.
6     Q    Are you -- you're not able to deny that
7  either; correct?
8     A    I can't say anything because I don't
9  remember.
10    Q    Okay.  Have you ever learned whether or
11 not the lights controlling traffic for cars or
12 bicycles, like red, green, yellow lights, if they
13 were working at the intersection of 17th and the
14 principle highway at the time of the accident?
15 You don't know one way or the other?
16    A    No.
17    Q    Has any -- not talking about the
18 lawyers, but has anybody told you that the lights
19 were not working red, green, yellow for cars at
20 the --
21    A    After -- after the accident, I saw the
22 newspaper, and it was writing that at 9:00 a.m.

**Page 39**

1  they didn't work very well.  Then I had the
2  accident, and then they repaired after the
3  accident.  This is what I saw in the newspaper.
4     Q    Uh-huh.  Did you ever write to the city
5  or the government to say, why did you take three
6  hours to fix the light?
7     A    No.
8     Q    In the -- before the accident, when you
9  had to cross Coastal Highway for whatever reason
10 or the principle road from the ocean to the bay,
11 would -- would you normally go all the way across
12 at once or would you normally stop in the middle
13 and then wait for traffic to stop and go again?
14    A    If the light, it's working?
15    Q    If the light's working.
16    A    Okay.  So first of all, I'm looking on
17 the left side to see if the car stopped, and then
18 I'm slow down the -- my walk, and then I -- I need
19 to see the right side to see if they're stopping
20 or not.  So this is what I usually do.
21    Q    Okay.  And what if you're at an
22 intersection that has, you know, where the button

**Page 40**

1  you can press and you'll get the walking signal or
2  the noise, do you still look left and right?
3     A    Yes.
4     Q    Okay.  Do you recall whether you got
5  any noise, a beeping sound that was okay to cross
6  on the date of the accident?
7     A    I don't remember.
8     Q    You don't remember?
9     A    No.
10    Q    If you're crossing the street and you
11 -- there's cars stopped in the intersection, not
12 in the intersection, but waiting to go at a light,
13 and they're sort of blocking your view of the
14 other lanes.
15        What do you do?
16    A    I don't understand.
17    Q    So let's say you're at Quality Inn,
18 you're trying to cross over to the church.
19    A    Okay.
20    Q    Okay.  And you start crossing three
21 lanes, and then there's the middle; right?
22    A    Yes.

```
                                                          41
 1    Q   And there's parked cars there.  Well,
 2  not parked, but they're stopped waiting to make a
 3  left turn onto 17th to go to the beach or
 4  something.
 5    A   Yes.
 6    Q   And you -- and you can't see all -- all
 7  the oncoming traffic in the through lanes.
 8    A   Okay.  I stop in a safe place.
 9        MR. HUDSON:  Let me -- I -- I'm going
10  to object, but you can answer as best you can.
11        MS. HOWARD:  Yeah.
12        MR. HUDSON:  There's just -- there's
13  some variables that I think are up in the air with
14  -- with -- with respect to the question.
15  BY MS. HOWARD:
16    Q   So let's say you're -- you're -- you're
17  crossing Coastal Highway from the Quality Inn over
18  to the church.  The light's working perfectly.
19  You come up; you press the button.  The walking
20  man turns -- it turns white.  The beeping starts
21  and you start crossing.  Do -- you already told me
22  you would look for traffic even though you had the
```

```
                                                          42
 1  signal; right?
 2    A   Yes.
 3    Q   Okay.  And then you get to the middle,
 4  right, and so now the cars would be coming from
 5  your right to your left --
 6    A   Yes.
 7    Q   -- right?
 8    A   Yes.
 9    Q   Okay.  If there's -- cars are -- like a
10  car is stopped in the left turn lane, stopped
11  waiting to make a left turn or stopped because its
12  light is red or something like that, and if you
13  were unable to see if cars were coming up to the
14  intersection, what would you do?
15        MR. HUDSON:  Objection, but you're
16  going to -- you can answer as best you can.
17        THE WITNESS:  I stop to be sure that I
18  can cross the street.
19    Q   Okay.  And then would you just -- what
20  would you do if you saw cars coming?
21    A   I stop in a safe place to be sure that
22  I can cross or not.  And when I saw them, that I
```

```
                                                          43
 1  can cross, I will cross the street right when it's
 2  safe for me to cross the street.
 3    Q   But you can't remember whether you --
 4  what happened when you crossed on this particular
 5  day?
 6    A   No, I don't remember.
 7    Q   Okay.  Have you in the past looked at
 8  your phone as you crossed the street?
 9    A   If I was looking on my phone in another
10  days --
11    Q   Yeah.
12    A   -- when I was trying to cross?  I don't
13  remember.
14    Q   Okay.  But it's possible?
15    A   It's possible.
16    Q   According to the police report, there
17  was somebody on a bicycle who was crossing in --
18  in the same area as you.  Did you -- did you -- do
19  you know who that was?
20    A   No, I don't know her or him.
21    Q   And you didn't see -- you don't
22  remember seeing a bicyclist?
```

```
                                                          44
 1    A   I don't remember the accident and
 2  everything before and after the accident.
 3    Q   So let me just ask you this, what -- if
 4  you don't remember the accident, what makes you
 5  think that my client is responsible for the
 6  accident that you sued her?
 7    A   So because -- because I was with
 8  somebody when I was trying to cross the street,
 9  that means all the cars see us and let us to cross
10  the street like they normally do if they pay
11  attention to the pedestrians.  So because I saw
12  maybe that lady or the boy next to me, I was safe
13  to cross the street with him or her, so --
14    Q   So you're saying that from reviewing
15  the police report and learning that there was a
16  bicyclist near you, you think that it was probably
17  safe to cross because there was two of us?
18    A   Yes.
19    Q   Anything else that makes you think my
20  client did something wrong?
21    A   No.
22    Q   Okay.  So in your answers to
```

```
                                    69
1    Q   Okay. All right. All right. Did you
2  have any problems doing your work at Quality Inn
3  this Summer in '23?
4    A   If you mean about pain, yes.
5    Q   Yes. Did the -- did the amount of pain
6  you had at work stop you from going to work?
7    A   So in the morning, everything, it's
8  okay. But when I'm going to work, the -- it's
9  being painful because I need to grab the bed,
10 which it's very heavy, so the -- and the rest of
11 the day, my back, it's painful.
12   Q   Okay. And then what about the serving
13 job?
14   A   It's easy.
15   Q   Okay. But again, because of the
16 economic opportunity for the -- you lift the beds
17 just to complete the job. Okay. All right.
18       MS. HOWARD: All right. I think that's
19 all the questions I have.
20       MR. HUDSON: And I have no questions at
21 all. We'll -- we'll read and sign.
22       (Off the record at 12:53 p.m.)
```

```
                                    70
1  CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC
2    I, Clinton Carmichael, the officer
3  before whom the foregoing proceedings were
4  taken, do hereby certify that any witness(es) in
5  the foregoing proceedings were fully sworn;
6  that the proceedings were recorded by me and
7  thereafter reduced to typewriting by a
8  qualified transcriptionist; that said digital
9  audio recording of said proceedings are a
10 true and accurate record to the best of my
11 knowledge, skills, and ability; and that I am
12 neither counsel for, related to, nor employed
13 by any of the parties to this case and have
14 no interest, financial or otherwise, in its
15 outcome.
16
17
18 _____
19 CLINTON CARMICHAEL,
20 NOTARY PUBLIC FOR THE STATE OF MARYLAND
21
22
```

```
                                    71
1         CERTIFICATE OF TRANSCRIBER
2    I, Brandi McLean, do hereby certify
3  that this transcript was prepared from the digital
4  audio recording of the foregoing proceeding; that
5  said proceedings were reduced to typewriting under
6  my supervision; that said transcript is a true and
7  accurate record of the proceedings to the best of
8  my knowledge, skills, and ability; and that I am
9  neither counsel for, related to, nor employed by
10 any of the parties to the case and have no
11 interest, financial or otherwise, in its outcome.
12
13
14 _____
15 BRANDI MCLEAN
16 PLANET DEPOS, LLC
17 10/5/2023
18
19
20
21
22
```