# EXHIBIT F

Please note that Exhibit F is a video recording and will be provided, via First Class Mail, to the chambers of the Honorable Adam Abelson and via E-Mail to Plaintiff's counsel, William C. Hudson, as undersigned counsel is unable to upload the referenced video through the Court's electronic filing system.