**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| ANDREEA IACOBETI<br><br>Plaintiff,<br><br>v.<br><br>GENNA LEIGH ROSE WEEKS<br><br>Defendant. | Case Number:   1:23-CV-1758<br><br>**Judge:** Adam B. Abelson |

### ORDER

Upon consideration of Defendant's Motion for Summary Judgment, Memorandum in Support of Defendant's Motion for Summary Judgment, and any opposition thereto, it is this _____ day of _____, 2024, hereby,

**ORDERED**, that Defendant's Motion for Summary Judgment be and is hereby **GRANTED**; and is it further

**ORDERED** that summary judgment be entered in favor of the Defendant on all counts alleged in Plaintiff's Complaint.

_____
Judge Adam B. Abelson – U.S. District Court of Maryland

cc: All parties