# EXHIBIT B

Please note that Exhibit B is a video recording and will be provided, via First Class Mail, to the chambers of the Honorable Adam Abelson and via E-Mail to Defendant's counsel, Anne K. Howard abd David H. Fleishman, as undersigned counsel is unable to upload the referenced video through the Court's electronic filing system.