**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| ANDREEA IACOBETI<br><br>Plaintiff,<br><br>v.<br><br>GENNA LEIGH ROSE WEEKS<br><br>Defendant. | Case Number:   1:23-CV-1758<br><br>Judge: Adam B Abelson |

**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Defendant's Motion for Summary Judgment, Memorandum in Support of Defendant's Motion for Summary Judgment and Plaintiff's Opposition, it is this _____ day of _____, 2024, hereby,

ORDERED, that Defendant's Motion for Summary Judgment be and hereby is DENIED.

_____
Judge Adam B. Abelson
U.S. District Court of Maryland

cc: All parties.