# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND NORTHERN DIVISION

| | |
|---|---|
| ANDREEA IACOBETI | |
| Plaintiff, | |
| v. | Case Number:    1:23-CV-1758 |
| GENNA LEIGH ROSE WEEKS | **Judge:** Adam B. Abelson |
| Defendant. | |

## DEFENDANT'S MOTION TO STRIKE AFFIDAVIT OF ELIF YILDERAL

COMES NOW Defendant, Genna Weeks, by and through her attorneys, Anne K. Howard, Esquire and David Fleishman, Esquire, pursuant to Federal Rules of Civil Procedure 12(f) and 56, and applicable case law, and hereby respectfully requests this Honorable Court strike the Affidavit of Elif Yilderal attached to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. In support thereof, and pursuant to Local Rule 105, Defendant submits the attached Memorandum of Points and Authorities.

WHEREFORE, for the reasons set forth in the attached Memorandum of Points and Authorities, Defendant respectfully requests this Honorable Court strike the Affidavit of Elif Yilderal from Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

Respectfully submitted,

**BUDOW AND NOBLE, P.C.**

_____/s/_____

Anne K. Howard, Esquire, Bar No.: 04729
David H. Fleishman, Esquire, Bar  No.: 30607
Twinbrook Metro Plaza
12300 Twinbrook Parkway, Suite 540
Rockville, Maryland 20852
T: (301) 654-0896
F: (301) 907-9591 facsimile
ahoward@budownoble.com
dfleishman@budownoble.com
*Counsel for Defendant, Genna Weeks*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of February, 2024, the foregoing Motion

to Strike Affidavit of Elif Yilderal was filed and served via the Court's CM/ECF system on:

William C. Hudson, Esquire
Law Office of William C. Hudson
9748 Stephen Decatur Highway, Suite 111
Ocean City, Maryland 21842
*Attorney for Plaintiff,*
        *Andreea Iacobeti*

_____/s/_____

Anne K. Howard, Esquire, Bar No.: 04729
David H. Fleishman, Esquire, Bar  No.: 30607
*Counsel for Defendant, Genna Weeks*