**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND NORTHERN DIVISION**

| | |
|---|---|
| ANDREEA IACOBETI | |
| Plaintiff, | |
| v. | Case Number:    1:23-CV-1758 |
| GENNA LEIGH ROSE WEEKS | **Judge:** Adam B. Abelson |
| Defendant. | |

## <u>REQUEST FOR ORAL HEARING</u>

Defendant Genna Weeks respectfully requests an oral hearing on all issues raised in Defendant's Motion to Strike Affidavit of Elif Yilderal.

Respectfully submitted,

**BUDOW AND NOBLE, P.C.**

_____/s/_____

Anne K. Howard, Esquire, Bar No.: 04729
David H. Fleishman, Esquire, Bar  No.: 30607
Twinbrook Metro Plaza
12300 Twinbrook Parkway, Suite 540
Rockville, Maryland 20852
T: (301) 654-0896
F: (301) 907-9591 facsimile
ahoward@budownoble.com
dfleishman@budownoble.com
_Counsel for Defendant, Genna Weeks_

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 21st day of February, 2024, the foregoing Request

for Oral Argument was filed and served via the Court's CM/ECF system on:

William C. Hudson, Esquire
Law Office of William C. Hudson
9748 Stephen Decatur Highway, Suite 111
Ocean City, Maryland 21842
*Attorney for Plaintiff,*
    *Andreea Iacobeti*


               /s/
_____

Anne K. Howard, Esquire, Bar No.: 04729
David H. Fleishman, Esquire, Bar No.: 30607
*Counsel for Defendant, Genna Weeks*