# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| ANDREEA IACOBETI<br><br>　　Plaintiff,<br><br>　　v.<br><br>GENNA LEIGH ROSE WEEKS<br><br>　　Defendant. | Case Number:　1:23-CV-1758<br><br>Judge: Adam B Abelson |

## AFFIDAVIT OF ELIF YILDERAL

1.　I, Elif Yilderal, was involved in the accident that happened at the intersection of Philadelphia Avenue and 17th Street in Ocean City on July 26, 2022 at approximately 12:13pm.

2.　The intersection is normally controlled by traffic lights and pedestrian crossing signals by which vehicular and pedestrian traffic alternately is directed to stop and permitted to proceed in alternating fashion.

3.　However, as I approached the intersection on my bicycle on the day of the accident, I observed the traffic lights and pedestrian crossing signals were not operable.

4.　As I waited on the northeast corner of the intersection for an opportunity to safely cross, a pedestrian also was waiting there for an opportunity to cross.

5.　Eventually, a northbound motorist kindly stopped to permit us to cross.

6.　As the northbound vehicle stopped, the pedestrian began to cross in the marked crosswalk on the north side of the intersection and I followed behind her.

7.　As we approached the center of Philadelphia Avenue, the vehicles in the southbound left turn lane and southbound Lane 3 (the lane immediately adjacent to the left-turn lane) also stopped to permit us to complete our crossing.

8.　As we crossed in front of the vehicle stopped in Lane 3, I began to overtake the pedestrian.

9. As I crossed, I did my best to keep a lookout for approaching vehicles but did not see any and, as such, thought it was safe to complete the crossing.

10. Unfortunately, as I was crossing Lane 2 (the middle "thru" lane) of southbound Philadelphia Avenue, a vehicle drove past the two stopped vehicles and directly into the marked crosswalk, striking the rear wheel of my bicycle with the passenger-side front bumper and the pedestrian with the driver-side front bumper.

11. As a result, I fell, but fortunately was not injured.

12. The pedestrian was knocked unconscious and appeared to suffer serious injuries.

13. At all times during the crossing and until struck by that vehicle, the pedestrian and I were in the marked crosswalk on the north side of the intersection.

14. I would have expected that as the driver of the vehicle in Lane 2 of southbound Philadelphia Avenue approached the intersection, she could have easily observed us crossing in the marked crosswalk and the two vehicles stopped ahead of her to permit us to complete our crossing.

15. While still waiting on the northeast corner for an opportunity to cross, I observed the pedestrian was talking with someone on her cell phone, but I believe she was not still on the phone while we crossed.

16. As we crossed, she appeared to me to be attentive to where she was going and to walk in the crosswalk at a straight and steady pace in an effort to safely complete the crossing.

17. The pedestrian was later identified as the Plaintiff, Andreea Iacobeti.

18. I did not know and had never met her before the accident.

19. I declare under penalty of perjury that the foregoing is true and correct and based on my personal knowledge.

Executed on this  21st  day of February, 2024.



_____
Elif Yilderal