IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANDREA IACOBETI,
    *Plaintiff*,

v.

GENNA LEIGH ROSE WEEKS,
    *Defendant*

Civil Action No.
23-CV-1758-ABA

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

    1.    Defendant's Motion for Summary Judgment (ECF No. 21) is GRANTED IN PART AND DENIED IN PART. The motion is DENIED as to Count I of the Complaint (ECF No. 1), and GRANTED as to Count II;

    2.    Defendant's Motion to Strike Affidavit of Elif Yilderal (ECF No. 26) is DENIED; and

    3.    The parties are directed to confer and, within two weeks, file a status report setting forth the parties' estimate for the length of trial, and at least five alternative dates for trial.

Date: May 15, 2024

                                          /s/
                                    Adam B. Abelson
                                    United States Magistrate Judge