**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| ANDREEA IACOBETI<br><br>　　Plaintiff,<br><br>　　v.<br><br>GENNA LEIGH ROSE WEEKS<br><br>　　Defendant. | Case Number:　1:23-CV-1758<br><br>**Magistrate Judge:** Adam B. Abelson |

## JOINT STATUS REPORT

COMES NOW the parties, by and through their respective counsel, and submit the following Joint Status Report pursuant to this Honorable Court's May 15, 2024, Order:

1. <u>Length of Trial:</u>

The parties agree that trial is likely to take one week.

2. <u>Alternative Trial Dates:</u>

The parties are scheduled to attend a Settlement Conference with Magistrate Judge A. David Copperthite on August 16, 2024. As such, the parties propose the following available trial dates after that date:

- September 30, 2024 through October 4, 2024;
- October 7, 2024 through October 11, 2024;
- October 14, 2024 through October 18, 2024;
- November 18, 2024 through November 22, 2024; or
- December 16, 2024 through December 20, 2024.

Respectfully submitted,

**BUDOW AND NOBLE, P.C.**

_____/s/_____
Anne K. Howard, Esquire, Bar No.: 04729
David H. Fleishman, Esquire, Bar No.: 30607
Twinbrook Metro Plaza
12300 Twinbrook Parkway, Suite 540
Rockville, Maryland 20852
T: (301) 654-0896
F: (301) 907-9591 facsimile
ahoward@budownoble.com
dfleishman@budownoble.com
*Counsel for Defendant Genna Weeks*

_____/s/_____
William C. Hudson, Esquire, Bar No.: 04729
(signed by David H. Fleishman with permission of William C. Hudson)
Law Office of William C. Hudson
9748 Stephen Decatur Highway, Suite 111
Ocean City, Maryland 21842
(410) 390-7745
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of May, 2024, the foregoing Joint Status Report was e-filed and e-served to the following:

William C. Hudson, Esquire
Law Office of William C. Hudson
9748 Stephen Decatur Highway, Suite 111
Ocean City, Maryland 21842
*Attorney for Plaintiff,*
   *Andreea Iacobeti*

_____/s/_____
Anne K. Howard, Esquire, Bar No.: 04729
David H. Fleishman, Esquire, Bar No.: 30607
*Counsel for Defendant Genna Weeks*